PD-1415-15

granted to
11/30/15
PC
11-4-15

28 OCT 2015

BRANDON RAY MORGAN
TDCJ-ID # 1944157
810 FM 2821
HUNTSVILLE, TEXAS
77349

STYLE: MORGAN -v- STATE OF TEXAS
TRIAL CAUSE NO: 1419351
338th JUDICIAL DISTRICT
HARRIS COUNTY HOUSTON TEXAS

Re: PETITION FOR DISCRETIONARY
REVIEW - PRO-SE

FILED IN
COURT OF CRIMINAL APPEALS
NOV 03 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 02 2015
Abel Acosta, Clerk

DEAR ABEL ACOSTA - CLERK:

ON AUGUST 27, 2015 THE FOURTEENTH COURT OF APPEALS AFFIRMED THE TRIAL COURTS DECISION IN CAUSE NO: 1419351. A OPINION WAS ISSUED BY; KEM THOMPSON FROST, CHIEF JUSTICE, CAUSE NO: 14-14-00607-CR.

ON SEPTEMBER 1, 2015, PETITIONER MORGAN RECIEVED A LETTER FROM TRIAL AND APPELLATE ATTORNEY FRANKLIN BYNUM, MORGAN IS UNAWARE OF MR BYNUM'S SCOPE OF REPRESENTATION AND UNABLE TO DETERMINE FROM THE ABOVE MENTIONED LETTER DUE TO MR BYNUM'S STATED UNCERTAINTY WHETHER OR NOT HE WILL BE PREPARING PETITIONER MORGANS "PETITION FOR DISCRETIONARY REVIEW" (SEE ATTACHED LETTER TO PETITIONER FROM BYNUM'S LAW OFFICE). THIS WAS THE LAST LETTER RECIEVED BY PETITIONER PERTINENT TO THIS ISSUE. ALSO MORGAN "PETITIONER" HAS BEEN ALSO TRANSFERRED TO ANOTHER UNIT

-1-

DURING THIS PROCEDURE, ALSO SEE "EXHIBIT "B-C".

MR ACOSTA PLEASE REVIEW EXHIBITS "A-C" AND DETERMINE. (1) PETITIONER MORGAN IS STILL UNAWARE OF APPELLATE ATTORNEY FRANKLIN BYNUM'S SCOPE OF REPRESENTATION. (2) PETITIONER MORGAN HAD NO ACCESS TO ANY LEGAL MATERIAL - LAW LIBRARY - NEITHER DID PETITIONER HAVE ANY OF HIS LEGAL INFORMATION PERTINENT TO HIS CASE, TO ATTEMPT TO FILE A SUCCESSFUL OR EVEN REALIZE HE HAD TO FILE HIS "PETITION FOR DISCRETIONARY REVIEW" PRO-SE.

SO MR ACOSTA, IF FRANKLIN BYNUM DID NOT FILE PETITIONERS "PETITION FOR DISCRETIONARY REVIEW" PLEASE ALLOW BRANDON RAY MORGAN TDCJ-ID # 1944157 AN ADDITIONAL 60 DAYS TO RESEARCH AND ATTEMPT TO FILE A SUCCESSFUL "PETITION FOR DISCRETIONARY REVIEW" DUE TO THESE CIRCUMSTANCES.

MR ACOSTA, IF MR BYNUM DID FILE A "PETITION FOR DISCRETIONARY REVIEW" FOR THE PETITIONER, PLEASE DISREGAURD THIS PLEADING.

MR ACOSTA, THANKS FOR YOUR ASSISTANCE.

SINCERLY,

Brandon Morgan PRO-SE

BRANDON RAY MORGAN
TDCJ-ID # 1944157